UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERRANCE DAVIS,<br><br>　　　　　Petitioner,<br>　v.<br>WARDEN WILLIAM GITTERE, *et al.*,<br><br>　　　　　Respondents. | Case No. 2:23-cv-01732-MMD-MDC<br><br>ORDER |

　　　　On October 24, 2023, *pro se* Petitioner Terrance Davis filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-1 ("Petition").) Following an initial review of the Petition, on November 8, 2023, this Court ordered Davis to show cause why his Petition should not be dismissed as untimely and/or unexhausted. (ECF No. 5.) Because Davis did not file a response to the order to show cause, this Court dismissed the Petition on April 1, 2024. (ECF No. 12.) Judgment was entered and the case was closed. (ECF No. 13.) Davis now files a motion for appointment of counsel and motion for leave to proceed *in forma pauperis*. (ECF Nos. 16, 17 ("Motions").) Because this case is closed, the Court denies the Motions. If Davis wishes to seek relief in this Court, he must file a new action, with a new case number, on the correct court-required form accompanied by the filing fee or a fully completed application for leave to proceed *in forma pauperis*.

　　　　It is therefore ordered that the Motions (ECF Nos. 16, 17) are denied.

　　　　DATED THIS 26th Day of July 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE